# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/25/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Randy Shawn Hess
dba The Bubble Machine Mobile Pet Salon
163 Hoopili Akau Street
Kihei, HI 96753

Kimberly Marie Hess
163 Hoopili Akau Street
Kihei, HI 96753

Case Number:
11−00505

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−3680
xxx−xx−6799

Attorney for Debtor(s) (name and address):
Michael Collins
Cain & Herren LLP
2141 W. Vineyard Street
Wailuku, HI 96793
Telephone number: 808−242−9350

Bankruptcy Trustee (name and address):
Richard A. Yanagi
1136 Union Mall, #303
Honolulu, HI 96813
Telephone number: 808.599.0339

## Meeting of Creditors
Date: **April 5, 2011**     Time: **10:30 AM**
Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/6/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813
Telephone number: (808) 522−8100

**For the Court:**
Clerk of the Bankruptcy Court:
Michael B. Dowling

Hours Open: Monday − Friday 8:30 AM − 4:00 PM     Date: 2/25/11

# EXPLANATIONS

B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                        Case No. 11-00505-rjf
Randy Shawn Hess                                              Chapter 7
Kimberly Marie Hess
       Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0975-1            User: lisa                    Page 1 of 2              Date Rcvd: Feb 28, 2011
                                Form ID: b9a                  Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2011.
db/jdb       +Randy Shawn Hess,    Kimberly Marie Hess,    163 Hoopili Akau Street,    Kihei, HI 96753-7572
aty          +Michael Collins,    Cain & Herren LLP,    2141 W. Vineyard Street,    Wailuku, HI 96793-1619
1074905      +10 Southern California,    c/o - Financial Credit Network,    1300 W Main Street,
               Visalia, CA 93291-5825
1074906      +Allied Interstate, Inc.,    P. O. Box 361626,    Columbus, OH 43236-1626
1074908      +Anesthesia Medical Group,    P.O. Box 3207,    Honolulu, HI 96801
1074909      +Aurora Loan Services Inc.,    10350 Park Meadows Drive,    Littleton, CO 80124-6800
1074911      +Bond Collection Corporation,    29 East Madison Street,    Chicago, IL 60602-4404
1074912      +Bureau of Collection Recovery, Inc.,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
1074914      +CBA Collection Bureau,    25954 Eden Landing Road,    Hayward, CA 94545-3837
1074921       CMRE Financial Services Inc.,    3075 E Imperial Hwy,    Suite 200,   Brea, CA 92821-6753
1074913      +Capital Management Services,    726 Exchange Street,    Buffalo, NY 14210-1484
1074917      +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
1074924       EMS Systems Hawaii Dept. of Health,    P. O. Box 269110,    Sacramento, CA 95826-9110
1074925       EMWD,   P.O. Box 8301,    Perris, CA 92572-8301
1074926      +GS Services Limited Partnership,    P.O. Box 26999,    San Diego, CA 92196-0999
1074929      +JF16,   c/o- Pinnacle Credit Services,    7900 Highway 7 #100,    Minneapolis, MN 55426-4045
1074930      +KMSM/Bridget R Briggs,    c/o - Medicredit Corporation,    1801 California Avenue,
               Corona, CA 92881-7251
1074931       Machol & Johannes, LLC,    600 17th Street,    Suite No. 800 N. Tower,    Denver, CO 80202-5402
1074932       Marvin S.C. Dang,    P. O. Box 4109,    Honolulu, HI 96812-4109
1074933      +Maui Collection Service,    P.O. Box 14,    Wailuku, HI 96793-0014
1074934       Maui Diagnostic Imaging, LLC,    Mail Code 61059 POB 1300,    Honolulu, HI 96807-1300
1074935      +Maui Gyne Associates,    1931 E. Vineyard Street,    Suite 100,   Wailuku, HI 96793-1700
1074936      +Maui Memorial Medical Center,    221 Mahalani Street,    Wailuku, HI 96793-2581
1074937       Med Hawaii,    P. O. Box 8488,    Philadelphia, PA 19101-8488
1074938      +Med1 Med Hawaii Inc.,    c/o NCO Financial Systems,    P.O. Box 15636,    Wilmington, DE 19850-5636
1074939      +Muriel Koroda,    P.O. Box 785,    Kihei, HI 96753-0785
1074940      +NCO Financial Systems,    1003 Bishop Street,    Suite 480,    Honolulu, HI 96813-6413
1074941      +Nexcard/MT,    P.O. Box 3412,    Omaha, NE 68103-0412
1074942      +North Shore Agency Inc.,    270 Spagnoli Road, Suite 111,    Melville, NY 11747-3515
1074944      +Portfolio Recovery & Affil,    120 Corporate Blvd. Ste. 1,    Norfolk, VA 23502-4962
1074945      +Premier Physical Therapy,    221 Piikea Avenue,    Suite D,   Kihei, HI 96753-8268
1074946      +Scott R. Boren MD,    P.O. Box 959,    Kihei, HI 96753-0959
1074947      +South California Gas Company,    P.O. Box C,    Monterey Park, CA 91756-0001
1074948      +Southern CA Edison,    P.O. Box 9004,    San Dimas, CA 91773-9004
1074949      +Spott Pest Prevention,    c/o -Universal Recovery Corporation,    P.O. Box 3003,
               Rancho Cordova, CA 95741-3003
1074950      +State of Hi-Emergency Ambulance,    c/o - Medcah Inc.,    320 Uluniu Street, Suite 5,
               Kailua, HI 96734-2529
1074952       Time Warner Cable,    6695 Green Valley Circle,    Culver City, CA 90230-7024
1074951       Time Warner Cable,    P.O. Box 60074,    City Of Industry, CA 91716-0074
1074953       Time Warner LA South,    c/o Credit Management,    P.O. Box 118288,    Carrollton, TX 75011-8288
1074956      +Wells Fargo Bank Business,    MAC S4101 04A,    P.O. Box 29482,    Phoenix, AZ 85038-9482
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRAYANAGI.COM Feb 28 2011 23:38:00      Richard A. Yanagi,    1136 Union Mall, #303,
               Honolulu, HI 96813-2711
1074907      +E-mail/Text: BKNOTIFICATIONS@ALTURACU.COM Mar 01 2011 02:41:14       Altura Credit Union,
               2847 Campus Parkway,   Riverside, CA 92507-0906
1074910      +EDI: BANKAMER2.COM Feb 28 2011 23:38:00      Bank of America,    P.O. Box 17054,
               Wilmington, DE 19884-0001
1074918       EDI: CHRYSLER.COM Feb 28 2011 23:38:00      Chrysler Financial BVF,    27777 Inkster Road,
               Farmington, MI 48334
1074916      +EDI: CHASE.COM Feb 28 2011 23:38:00      Chase,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
1074919      +EDI: CITICORP.COM Feb 28 2011 23:38:00      Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
1074920      +EDI: CMIGROUP.COM Feb 28 2011 23:38:00      Cmi Group Lp,    4200 International Pkwy,
               Carrollton, TX 75007-1930
1074922      +EDI: COLLECTCORP.COM Feb 28 2011 23:38:00      Collectcorp Corporation,    455 North 3rd Street,
               Suite 260,   Phoenix, AZ 85004-0630
1074923      +EDI: CMIGROUP.COM Feb 28 2011 23:38:00      Credit Management Inc.,    4200 International Pkwy,
               Carrollton, TX 75007-1912
1074927      +EDI: HFC.COM Feb 28 2011 23:38:00      HSBC BANK,    P.O. Box 5253,    Carol Stream, IL 60197-5253
1074928       EDI: IRS.COM Feb 28 2011 23:38:00      Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114
1074954      +E-mail/Text: SHAYES@CALIFORNIASERVICEBUREAU.COM Mar 01 2011 02:41:17       True North AR, LLC,
               3050 Fite Circle #107,   Sacramento, CA 95827-1808
1074955      +EDI: AFNIVZWIRE.COM Feb 28 2011 23:38:00      Verizon Wireless,    15900 SE Eastgate Way,
               Bellevue, WA 98008-5757
                                                                                               TOTAL: 13
```

```
District/off: 0975-1          User: lisa                Page 2 of 2                Date Rcvd: Feb 28, 2011
                              Form ID: b9a              Total Noticed: 53
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1074915     ##Charles A. Soma, M.D.,   North Shore Orthopaedic&Sports Med,   1962 Vineyard Street,
              Wailuku, HI 96793-1715
1074943     ##+Ocwen Loan Servicing,   P.O. Box 785058,   Orlando, FL 32878-5058
                                                                            TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2011**                    **Signature:**    _/s/ Joseph Speetjens_

U.S. Bankruptcy Court - Hawaii   #11-00505   Dkt # 6   Filed  03/02/11   Page 4 of 4